UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JON BRENT TURPIN, *et al.*, | ) | |
|     Plaintiffs, | ) | |
| | ) | |
| vs. | ) | 1:07-cv-1205-LJM-JMS |
| | ) | |
| AMY S. GOOD, *et al.*, | ) | |
|     Defendants. | ) | |

### ORDER

Defendant, Western Wayne School Corporation ("Western Wayne"), has moved to dismiss defendant, Lincoln High School, because it is not a legal entity with the capacity to be sued. Western Wayne's argument correctly presents the case. The issue admits to no argument after *Brownsburg Community School Corp. v. Natare Corp.*, 824 N.E.2d 336 (Ind. 2005). The unambiguous application of the School Powers Act in that case applies equally here and clearly requires a finding that the entity Lincoln High School does not have the capacity to be sued.

Western Wayne has moved to dismiss plaintiff's, Jon Brent Turpin and Linda Becker Turpin, individually and on behalf of J.F.T., a minor (collectively, "Plaintiffs"), claims under Indiana Code §§ 20-33-8-12 and 13.5. Again, Western Wayne's argument prevails. There can be no private cause of action arising from statutory language like that contained in Indiana Code § 20-33-8-13.5(c), which reads as follows: "This section may not be construed to give rise to a cause of action against a person or school corporation based on an allegation of noncompliance with this section." Thus, Plaintiffs' alleged Statutory Negligence claim is DISMISSED with prejudice.

Western Wayne's Motion to Dismiss the stated constitutional claims is also GRANTED. See the discussion in *Hansen v. Board of Trustees for Hamilton Southeastern School Corp.*, ___ F. Supp. 2d ___, No. 1:05-cv-670-LJM-WTL, 2007 WL 3333389 (S.D. Ind. Nov. 5, 2007).

## CONCLUSION

For the foregoing reasons, defendant's, Western Wayne School Corporation, Motion to Dismiss is **GRANTED**. Plaintiffs', Jon Brent Turpin and Linda Becker Turpin, individually and on behalf of J.F.T., a minor, claims against defendant, Lincoln High School, are **DISMISSED** with prejudice. Plaintiffs' claims pursuant to Indiana Code §§ 20-33-8-12 and 13.5, and pursuant to 42 U.S.C. § 1983 are also **DISMISSED** with prejudice.

IT IS SO ORDERED this 25th day of January, 2008.

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distributed to:

J. Brian Tracey
MORE, MILLER, YATES & TRACEY
bndtracey@mac.com

Kevin Gerald Harvey
ALLEN WELLMAN MCNEW
kgh@awmlaw.com

Laurel S. Judkins
LOCKE REYNOLDS LLP
ljudkins@locke.com

Jon Anthony Keyes
ALLEN WELLMAN MCNEW
jkeyes@awmlaw.com

Anthony W. Overholt
LOCKE REYNOLDS LLP
aoverholt@locke.com

Thomas E. Wheeler II
LOCKE REYNOLDS LLP
twheeler@locke.com